UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OEHME, VAN SWEDEN & ASSOCIATES, INC.<br>Petitioner,<br><br>v.<br><br>ELENA PINCHUK<br>and<br><br>MAYPAUL TRADING & SERVICES LIMITED<br>Respondents. | Civil Action No. 12-0005 (JDB) |

## MOTION FOR ATTORNEYS' FEES AND COSTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW, Petitioner Oehme, van Sweden & Associates ("OvS" or "the Petitioner"), and files this Motion for Attorneys' Fees, Costs or Related Expenses pursuant to Federal Rule Civil Procedure Rule 54(d)(2) and DC Code §16-4425(b) and(c) and in support thereof, states as follows:

### A. Statement of Facts

This case concerned the provision of architectural and landscape design services in the Ukraine. The Petitioner, OvS, is an internationally acclaimed landscape architectural firm based in Washington, DC. Following a dispute over the payment of services provided pursuant to the parties' contract, OvS filed a demand for arbitration. After hearings in February and March of 2011, the arbitrator issued an award in favor of OvS on October 26, 2011.

In that decision, the arbitrator awarded Petitioner: (1) damages in the amount of $281, 710.14, plus reasonable expenses, plus interest at a rate of 18% per anum through October 15,

2011; (2) attorneys' fees and costs in the amount of $178, 985.46; (3) arbitration fees and expenses in the amount of $26, 290.00 and (4) post-award interest on the total at a rate of 3% per anum beginning 30 days after the date of the award.

Following the award, Petitioner filed a Motion for Confirmation of the Arbitration Award in the Superior Court for the District of Columbia pursuant to DC Code §16-4422 and 4426. Respondents, Elena Pinchuk and Maypaul Trading & Services Limited ("Maypaul") subsequently removed the matter to this Court and to vacate that award, which necessitated protracted briefing and further litigation.

On November 6, 2012, United States District Judge Bates issued a Memorandum Opinion and Order which granted Petitioner's Motion for Confirmation of the Arbitration Award, denied Respondent's Motion to Vacate that award and confirmed the award in its entirety. *See* Memorandum Opinion and Order of November 6, 2012, Exhibit A. Thus, OvS is the prevailing party in this matter in all respects.

**B.   Law and Argument**

DC Code §16-4425(b) and (c) provide that upon an order confirming an arbitration award, the "court may allow reasonable costs of the motion and subsequent judicial proceedings." DC Code §16-4425(b). DC Code §16-4425(c) further provides that "[o]n application of a prevailing party to a contested judicial proceeding under § 16-4422, 16-4423, or 16-4424, the court may add reasonable attorney's fees and other reasonable expenses of litigation incurred in a judicial proceeding after the award is made to a judgment confirming, vacating without directing a rehearing, modifying, or correcting an award." DC Code §16-4425(c).

Thaler Liebeler attorneys expended time on this matter conducting legal research, drafting briefs and other submissions among other things. Their hourly rates are reasonable and,

2

in fact, below those considered reasonable in the District of Columbia legal market for attorneys with equivalent experience and skills.

As indicated the affidavit and itemized statement of attorneys' fees and costs attached as Exhibits B and C, Petitioner has accrued additional attorneys' fees and costs in the amount of $51,199.76 directly related to litigating the above-captioned matter. Accordingly, Petitioner respectfully seeks an additional award of attorneys' fees and costs in that amount.

Wherefore, for foregoing reasons, Petitioner respectfully requests that this Honorable Court grant its Motion for Attorneys' Fees and Costs, and award Petitioner $51,199.76 in addition to the judgment confirming the arbitration award.

Dated: November 20, 2012. Respectfully submitted,

/s/

Paul S. Thaler (#416614)
1825 Eye Street, N.W. Suite 400
Washington, D.C. 20006
(202) 466-4110
(202) 466-2693 (fax)
*Attorneys for Petitioners*
*Oehme, van Sweden & Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2012, I caused the foregoing Motion for Attorneys' Fees and Costs and Memorandum of Points and Authorities to be electronically served via the Court's CM/ECF system upon all counsel of record.

/s/

_____
Paul S. Thaler (#416614)