UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OEHME, VAN SWEDEN & ASSOCIATES, INC.<br>　　Petitioner,<br><br>v.<br><br>ELENA PINCHUK<br>　　and<br><br>MAYPAUL TRADING & SERVICES LIMITED<br>　　Respondents. | Civil Action No. 12-0005<br>(JDB) |

## [PROPOSED] ORDER

Upon consideration of the Petitioner's Motion for Attorneys' Fees and Costs, it is hereby ORDERED that the MOTION is GRANTED.

Oehme, Van Sweden & Associstes, Inc. is hereby awarded $51,199.76 in attorneys' fees and costs in addition to the arbitration award which awarded to Petitioner (1) damages in the amount of $281, 710.14, plus reasonable expenses, plus interest at a rate of 18% per anum through October 15, 2011; (2) attorneys' fees and costs in the amount of $178, 985.46; (3) arbitration fees and expenses in the amount of $26, 290.00 and (4) post-award interest on the total at a rate of 3% per anum beginning November 25, 2011.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: _____