

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OEHME, VAN SWEDEN & ASSOCIATES, INC.<br>Petitioner,<br><br>v.<br><br>ELENA PINCHUK<br>and<br><br>MAYPAUL TRADING & SERVICES LIMITED<br>Respondents. | Civil Action No. 12-0005<br>(JDB) |

## AFFIDAVIT OF PAUL S. THALER

I, Paul S. Thaler, am over the age of 18 and am competent to testify in this matter. I have over twenty five (25) years of experience and am a duly licensed attorney. I have personal knowledge of the facts as follows:

1. Thaler Liebeler LLP was retained by the Petitioner with respect to the above-styled litigation.

2. I am a partner in the law firm of Thaler Liebeler, L.L.P. I am familiar with the billing practices and records of Thaler Liebeler, L.L.P. and have knowledge of the hours billed with respect to Petitioner's Motion for Confirmation of the Arbitration Award and related proceedings.

3. Petitioner Oehme, Van Sweden and Associates, Inc. has, therefore, accrued attorneys' fees and costs in the amount of $51,199.76 directly related to litigating the above-captioned matter, as set forth in the statement attached as Exhibit C hereto.

4. It is my opinion that attorneys' fees and costs sought here are reasonable under the circumstances.

5. The amount of attorneys' fees is based upon the number of hours expended multiplied by an hourly fee based upon years of experience that is considered "reasonable" as evidenced by Exhibit D, the "Laffey Matrix". The "Laffey Matrix" was developed by the United States Attorney's office for the District of Columbia and indicates what is considered a reasonable fee in the District of Columbia. Thaler Liebeler's rates are significantly below those in the "Laffey Matrix".

6. Paul S. Thaler is an attorney with over 25 years of experience.

7. Kelly S. Delaney is an attorney with over 7 years of experience.

8. Theresa A. Queen is an attorney with over 10 years of experience.

I solemnly affirm, under the penalties of perjury, that the contents of the foregoing affidavit are true and correct.

Executed this 20th day of November, 2012.

Paul S. Thaler (#416614)
1825 Eye Street, N.W. Suite 400
Washington, D.C. 20006
(202) 466-4110
(202) 466-2693 (fax)
*Attorneys for Petitioners*
*Oehme, van Sweden & Associates, Inc.*

District of Columbia

    Personally appeared before me this 20th day of November, 2012, Paul S. Thaler, Esq. who states and says that he is a partner with the law firm of Thaler Liebeler LLP, attorneys for the above-named Petitioner and who further states that the foregoing is true and correct to the best of his knowledge and belief.

_____
Notary Public

My Commission Expires:

May 14, 2017