Dates  11/1/2011 - 11/30/2012
Client: OvS

| | | User | Units | Rate | Amount |
|---|---|---|---|---|---|

Client: OvS

| 40405 | EXP | Paralegal | 1 | 11.05 | $11.05 |
| 12/2/2011 | | | | | |
| Courier charges. | | | | | |

| 43819 | TIME | Paul | 0.30 | 400.00 | $120.00 |
| 11/15/2011 | | Telephone call | 0.00 | C@1 | |
| Call to Steve Engel. Email to/from Lisa Delplace. | | | 0.00 | | |

| 43820 | TIME | Paul | 1.25 | 400.00 | $500.00 |
| 11/16/2011 | | Conference | 0.00 | C@1 | |
| Conference with Kelly S. Delaney. | | | 0.00 | | |

| 43822 | TIME | Paul | 1.00 | 400.00 | $400.00 |
| 11/22/2011 | | Conf. | 0.00 | C@1 | |
| Conference with Kelly S. Delaney regarding arbitration award filing. Legal research regarding same. | | | 0.00 | | |

| 43827 | TIME | Paul | 0.25 | 400.00 | $100.00 |
| 11/23/2011 | | Rev. file | 0.00 | C@1 | |
| Review case file: Kiev matter. | | | 0.00 | | |

| 43832 | TIME | Paul | 0.60 | 400.00 | $240.00 |
| 11/28/2011 | | E-mail | 0.00 | C@1 | |
| E-mail to and/or from Steve Engel. Conference with Kelly S. Delaney. | | | 0.00 | | |

| 43833 | TIME | Paul | 2.25 | 400.00 | $900.00 |
| 11/29/2011 | | Review pleading | 0.00 | C@1 | |
| Review and revise pleading or other legal document: motion to enforce arbitration award. Legal research. Conference with Kelly S. Delaney. | | | 0.00 | | |

| 43994 | TIME | Kelly | 4.00 | 345.00 | $1,380.00 |
| 11/16/2011 | | Legal Services | 0.00 | C@2 | |
| Conferences with P. Thaler; research regarding confirmation of award. | | | 0.00 | | |

| 43995 | TIME | Kelly | 4.00 | 345.00 | $1,380.00 |
| 11/17/2011 | | Legal Services | 0.00 | C@2 | |
| Draft confirmation petition; legal research regarding personal jurisdiction. | | | 0.00 | | |

| 44002 | TIME | Kelly | 0.75 | 345.00 | $258.75 |
| 11/18/2011 | | Legal Services | 0.00 | C@2 | |

| ID | Type | User | Description | Units | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Kiev - Conference with P. Thaler regarding enforcement and correspondence with opposing counsel; review and revise petition; legal research regarding enforcement. | 0.00 | | |
| 44004 11/21/2011 | TIME | Kelly Legal Services | Review and revise petition for confirmation of award; review award and agreement; review and research procedures for enforcement of arbitral award. | 4.25 0.00 0.00 | 345.00 C@2 | $1,466.25 |
| 44006 11/22/2011 | TIME | Kelly Legal Services | Review and revise petition for confirmation of award; conference with P. Thaler regarding same and enforcement procedures abroad; research enforcement procedures. | 2.00 0.00 0.00 | 345.00 C@2 | $690.00 |
| 44008 11/30/2011 | EXP | Paralegal $Court fee | Court or other fee | 1 | 130.00 | $130.00 |
| 44061 11/28/2011 | TIME | Kelly Legal Services | Prepare motion for confirmation for filing; review correspondence with opposing counsel. | 0.40 0.00 0.00 | 345.00 C@2 | $138.00 |
| 44066 11/29/2011 | TIME | Kelly Legal Services | Kiev - Conference with P. Thaler regarding confirmation of arbitration award. | 0.25 0.00 0.00 | 345.00 C@2 | $86.25 |
| 44067 11/30/2011 | TIME | Kelly Legal Services | Review, revise and prepare motion for confirmation for filing; research regarding FAA; research regarding service. | 2.50 0.00 0.00 | 345.00 C@2 | $862.50 |
| 44075 12/1/2011 | EXP | Paralegal $Postage | Postage | 1 | 4.16 | $4.16 |
| 44087 12/1/2011 | EXP | Paralegal $Copies | Photocopying charges. | 318 | 0.10 | $31.80 |
| 44088 11/30/2011 | EXP | Paralegal $Courier | Courier charges. | 1 | 38.30 | $38.30 |
| 44122 11/22/2011 | TIME | Theresa Legal Services | Research and draft brief insert on enforceability of arbitration award; conference w/ P. Thaler re same. | 1.60 0.00 0.00 | 370.00 C@1 | $592.00 |

| | | User | Units | Rate | Amount |
|---|---|---|---|---|---|
| 44129<br>11/30/2011<br>Prepare Information Sheet and Summons. | TIME | Paralegal<br>Legal Services | 0.15<br>0.00<br>0.00 | 150.00<br>C@4 | $22.50 |
| 44132<br>11/30/2011<br>Teleconference with Steve Engel. Teleconference with Lisa Delplace. Legal research. Finalize motion to confirm arbitration award. Conferences with Kelly S. Delaney. | TIME | Paul<br>T/C | 2.25<br>0.00<br>0.00 | 400.00<br>C@1 | $900.00 |
| 44146<br>12/2/2011<br>E-mail to and/or from Steve Engel. | TIME | Paul<br>E-mail | 0.25<br>0.00<br>0.00 | 400.00<br>C@1 | $100.00 |
| 44176<br>12/14/2011<br>Teleconference with Ms. Delplace regarding Pinchuk case. Email to/from Steve Engel regarding service of Pinchuk complaint. Arrange for service of process. | TIME | Paul<br>T/C | 1.25<br>0.00<br>0.00 | 400.00<br>C@1 | $500.00 |
| 44183<br>12/15/2011<br>E-mail to and/or from Steve Engel. Conference with Kelly S. Delaney regarding jurisdiction issue. Legal research. | TIME | Paul<br>E-mail | 0.75<br>0.00<br>0.00 | 400.00<br>C@1 | $300.00 |
| 44304<br>12/29/2011<br>On-line research fees. | EXP | Paralegal<br>$On-line Resch | 1 | 3.31 | $3.31 |
| 44324<br>12/29/2011<br>Photocopying charges. | EXP | Paralegal<br>$Copies | 583 | 0.10 | $58.30 |
| 44397<br>12/30/2011<br>Postage | EXP | Paralegal<br>$Postage | 1 | 8.36 | $8.36 |
| 44406<br>12/14/2011<br>Kiev - Review and respond to e-mails regarding service; research regarding same and affidavit requirements; service by hand delivery on Dechert. | TIME | Kelly<br>Legal Services | 0.75<br>0.00<br>0.00 | 345.00<br>C@2 | $258.75 |
| 44412<br>12/15/2011<br>Kiev - Review and execute affidavits of service; conferences with P. Thaler regarding correspondence from S. Engel regarding jurisdiction; legal research regarding same. | TIME | Kelly<br>Legal Services | 0.50<br>0.00<br>0.00 | 345.00<br>C@2 | $172.50 |
| 44503 | TIME | Paul | 0.40 | 400.00 | $160.00 |

| Date | ID | Type | User / Activity | Units | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/4/2012 | | | Review pleading | 0.00 | C@1 | |
| | | | | 0.00 | | |
| description: Review pleading or other legal document: motion to transfer. Conference with Kelly S. Delaney. | | | | | | |
| 1/9/2012 | 44510 | TIME | Paul / E-mail | 0.25 / 0.00 / 0.00 | 400.00 / C@1 | $100.00 |
| | | | E-mail to and/or from Steve Engel. | | | |
| 1/10/2012 | 44518 | TIME | Paul / E-mail | 0.30 / 0.00 / 0.00 | 400.00 / C@1 | $120.00 |
| | | | E-mail to and/or from Steve Engel. Conference with Kelly S. Delaney. | | | |
| 1/11/2012 | 44527 | TIME | Paul / E-mail | 2.30 / 0.00 / 0.00 | 400.00 / C@1 | $920.00 |
| | | | E-mail to and/or from opposing counsel. Review and revise joint motion regarding scheduling briefs. Review file regarding jurisdiction issues. Conference with Lars H. Liebeler. | | | |
| 1/12/2012 | 44533 | TIME | Paul / Conf. | 0.60 / 0.00 / 0.00 | 400.00 / C@1 | $240.00 |
| | | | Conference with Kelly S. Delaney regarding Kiev matter -- jurisdictional issues. | | | |
| 1/25/2012 | 44570 | TIME | Paul / Review document | 1.25 / 0.00 / 0.00 | 400.00 / C@1 | $500.00 |
| | | | Review document(s): Pinchuk's motion to vacate. Legal research. Conference with Kelly S. Delaney. | | | |
| 1/4/2012 | 44678 | TIME | Kelly / Legal Services | 2.00 / 0.00 / 0.00 | 345.00 / C@2 | $690.00 |
| | | | Legal research regarding jurisdiction; review notice of removal. | | | |
| 1/5/2012 | 44686 | TIME | Kelly / Legal Services | 0.50 / 0.00 / 0.00 | 345.00 / C@2 | $172.50 |
| | | | Research regarding timing of response to complaint and any motion to remand. | | | |
| 1/6/2012 | 44687 | TIME | Kelly / Legal Services | 4.00 / 0.00 / 0.00 | 345.00 / C@2 | $1,380.00 |
| | | | Legal research regarding jurisdiction; review court order. | | | |
| 1/9/2012 | 44690 | TIME | Kelly / Legal Services | 0.50 / 0.00 / 0.00 | 345.00 / C@2 | $172.50 |
| | | | Prepare notice of appearance; review local rules on duty to confer. | | | |
| 1/10/2012 | 44692 | TIME | Kelly / Legal Services | 0.12 / 0.00 / 0.00 | 345.00 / C@2 | $41.40 |
| | | | Kiev - Review email regarding brief timing. | | | |
| | 44696 | TIME | Kelly | 3.00 | 345.00 | $1,035.00 |

| ID | Type | User | Description | Units | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | **1/12/2012** | 0.00 | C@2 | |
| | | Legal Services | Kiev - Review emails regarding brief timing; conference with P. Thaler regarding jurisdiction; review opposition to motion for confirmation; legal research regarding arbitrability | 0.00 0.00 | | |
| 44698 | TIME | Kelly | **1/13/2012** | 0.12 | 345.00 | $41.40 |
| | | Legal Services | Review order confirming briefing dates. | 0.00 0.00 | C@2 | |
| 44707 | TIME | Kelly | **1/23/2012** | 2.00 | 345.00 | $690.00 |
| | | Legal Services | Legal research regarding bases for vacating arbitration award. | 0.00 0.00 | C@2 | |
| 44711 | TIME | Kelly | **1/24/2012** | 1.50 | 345.00 | $517.50 |
| | | Legal Services | Research regarding bases for vacating arbitration award. | 0.00 0.00 | C@2 | |
| 44712 | TIME | Kelly | **1/25/2012** | 1.00 | 345.00 | $345.00 |
| | | Legal Services | Review and consider motion to vacate; review research regarding same. | 0.00 0.00 | C@2 | |
| 44717 | TIME | Kelly | **1/27/2012** | 1.75 | 345.00 | $603.75 |
| | | Legal Services | Legal research regarding bases for vacating arbitration award. | 0.00 0.00 | C@2 | |
| 44753 | TIME | Kelly | **1/31/2012** | 0.50 | 345.00 | $172.50 |
| | | Legal Services | Legal research regarding motion to vacate. | 0.00 0.00 | C@2 | |
| 44831 | TIME | Paul | **2/7/2012** | 0.25 | 400.00 | $100.00 |
| | | Conf. | Conference with Kelly S. Delaney. | 0.00 0.00 | C@1 | |
| 44833 | TIME | Paul | **2/6/2012** | 0.40 | 400.00 | $138.00 |
| | | T/C | Teleconference with Lisa Delplace regarding various issues. | 0.00 0.00 | C@1 | |
| 44838 | TIME | Paralegal | **2/13/2012** | 0.25 | 150.00 | $37.50 |
| | | Legal Services | Review transcripts for jurisdiction references. | 0.00 0.00 | C@4 | |
| 44841 | TIME | Paul | **2/13/2012** | 2.50 | 400.00 | $1,000.00 |
| | | Review document | Review document(s): opposition to motion to vacate and revise. Conference with Kelly S. Delaney. | 0.00 0.00 | C@1 | |
| 44844 | TIME | Paralegal | **2/14/2012** | 0.75 | 150.00 | $112.50 |
| | | Legal Services | Shephardize cases in Opposition to Motion to Vacate; conference with Kelly Delaney. | 0.00 0.00 | C@4 | |

| | | User | Units | Rate | Amount |
|---|---|---|---|---|---|
| 44846<br>2/14/2012 | TIME | Paul<br>Review document | 4.00<br>0.00<br>0.00 | 400.00<br>C@1 | $1,600.00 |
| Review document(s): opposition to motion to vacate and revisions thereto. Numerous conferences with Kelly S. Delaney. | | | | | |
| 44874<br>2/28/2012 | TIME | Paul<br>T/C | 0.30<br>0.00<br>0.00 | 400.00<br>C@1 | $120.00 |
| Teleconference with Alex Breckinridge. Conference with Kelly S. Delaney. Review motion for enlargement of time. | | | | | |
| 44961<br>2/1/2012 | TIME | Kelly<br>Legal Services | 5.00<br>0.00<br>0.00 | 345.00<br>C@2 | $1,725.00 |
| Review motion to vacate; prepare opposition to same; legal research regarding arbitrability and bases to vacate award. | | | | | |
| 44962<br>2/2/2012 | TIME | Kelly<br>Legal Services | 5.00<br>0.00<br>0.00 | 345.00<br>C@2 | $1,725.00 |
| Prepare opposition to motion to vacate; legal research regarding same. | | | | | |
| 44963<br>2/3/2012 | TIME | Kelly<br>Legal Services | 5.00<br>0.00<br>0.00 | 345.00<br>C@2 | $1,725.00 |
| Prepare opposition to motion to vacate; legal research regarding same. | | | | | |
| 44964<br>2/6/2012 | TIME | Kelly<br>Legal Services | 5.00<br>0.00<br>0.00 | 345.00<br>C@2 | $1,725.00 |
| Review motion to vacate; prepare opposition to same; legal research regarding arbitrability and bases to vacate award. | | | | | |
| 44965<br>2/7/2012 | TIME | Kelly<br>Legal Services | 5.00<br>0.00<br>0.00 | 345.00<br>C@2 | $1,725.00 |
| Prepare opposition to motion to vacate; legal research regarding same. | | | | | |
| 44966<br>2/8/2012 | TIME | Kelly<br>Legal Services | 5.00<br>0.00<br>0.00 | 345.00<br>C@2 | $1,725.00 |
| Prepare opposition to motion to vacate; legal research regarding same. | | | | | |
| 44967<br>2/9/2012 | TIME | Kelly<br>Legal Services | 5.00<br>0.00<br>0.00 | 345.00<br>C@2 | $1,725.00 |
| Review motion to vacate; prepare opposition to same; legal research regarding arbitrability and bases to vacate award. | | | | | |
| 44968<br>2/10/2012 | TIME | Kelly<br>Legal Services | 7.00<br>0.00<br>0.00 | 345.00<br>C@2 | $2,415.00 |
| Prepare opposition to motion to vacate; legal research regarding same. | | | | | |

| ID | Type | Date | User / Category | Description | Units | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 44969 | TIME | 2/13/2012 | Kelly / Legal Services | Review and revise opposition to motion to vacate; conferences with P. Thaler regarding same; legal research regarding same. | 7.00 / 0.00 / 0.00 | 345.00 C@2 | $2,415.00 |
| 44970 | TIME | 2/14/2012 | Kelly / Legal Services | Review and revise opposition to motion to vacate; conferences with P. Thaler regarding same; prepare exhibits for filing of same; review citations. | 7.00 / 0.00 / 0.00 | 345.00 C@2 | $2,415.00 |
| 44971 | TIME | 2/14/2012 | Kelly / Legal Services | Review filing. | 0.25 / 0.00 / 0.00 | 345.00 C@2 | $86.25 |
| 45007 | EXP | 3/1/2012 | Paralegal / $Copies | Photocopying charges. | 421 | 0.10 | $42.10 |
| 45011 | EXP | 3/1/2012 | Paralegal / $Postage | Postage | 1 | 5.35 | $5.35 |
| 45024 | EXP | 3/1/2012 | Paralegal / $On-line Resch | On-line research fees. | 1 | 103.59 | $103.59 |
| 45091 | TIME | 3/7/2012 | Paul / Review pleading | Review pleading or other legal document: reply brief from respondents in Kiev matter. Conference with Kelly S. Delaney. | 1.75 / 0.00 / 0.00 | 400.00 C@1 | $700.00 |
| 45254 | EXP | 3/29/2012 | Paralegal / $On-line Resch | On-line research fees. | 1 | 121.14 | $121.14 |
| 45294 | EXP | 3/30/2012 | Paralegal / $Copies | Photocopying charges. | 32 | 0.10 | $3.20 |
| 45320 | TIME | 4/2/2012 | Paul / T/C | Teleconference with Lisa Delplace regarding Kiev. | 0.90 / 0.00 / 0.00 | 400.00 C@1 | $360.00 |
| 45341 | TIME | 4/9/2012 | Paul / T/C | Teleconference with Lisa Delplace. | 0.75 / 0.00 / 0.00 | 400.00 C@1 | $300.00 |
| 45365 | TIME | 4/12/2012 | Paul / E-mail | E-mail to and/or from Lisa Delplace regarding Kiev matter. | 0.40 / 0.00 / 0.00 | 400.00 C@1 | $160.00 |

|  |  | User | Units | Rate | Amount |
|---|---|---|---|---|---|
| 45425<br>5/1/2012<br>Photocopying charges. | EXP | Paralegal<br>$Copies | 32 | 0.10 | $3.20 |
| 45828<br>6/30/2012<br>Photocopying charges. | EXP | Paralegal<br>$Copies | 26 | 0.10 | $2.60 |
| 45853<br>6/30/2012<br>Postage | EXP | Paralegal<br>$Postage | 1 | 2.00 | $2.00 |
| 46062<br>7/10/2012<br>Teleconference with Lisa Delplace regarding various issues. | TIME | Paul<br>Telephone call | 0.75<br>0.00<br>0.00 | 400.00<br>C@1 | $300.00 |
| 48698<br>11/6/2012<br>Review document(s): order and memorandum opinion from Judge Bates confirming arbitration award. Email to/from clients. Legal research. | TIME | Paul<br>Review document | 1.25<br>0.00<br>0.00 | 400.00<br>C@1 | $500.00 |
| 48702<br>11/8/2012<br>Conference with Theresa Queen and Steve Cash regarding collection efforts in Pinchuk matter. | TIME | Paul<br>Conf. | 0.75<br>0.00<br>0.00 | 400.00<br>C@1 | $300.00 |
| 48714<br>11/13/2012<br>Conference with Theresa Queen. | TIME | Paul<br>Conf. | 0.25<br>0.00<br>0.00 | 400.00<br>C@1 | $100.00 |
| 48720<br>11/15/2012<br>Conference with Theresa Queen regarding fee application. Legal research regarding same. | TIME | Paul<br>Conf. | 0.50<br>0.00<br>0.00 | 400.00<br>C@1 | $200.00 |
| 11/6/2012<br>Conferences w/ P. Thaler re enforcement of order and judgment confirming arbitration. | TIME | Theresa<br>Legal Services | 0.60<br>0.00<br>0.00 | 370.00 | $222.00 |
| 11/7/2012<br>Research issues relating to enforcement of judgment confirming arbitration award/ Motion for Attorney's fees; review and analysis of articles and cases re same. | TIME | Theresa<br>Legal Services | 3.40<br>0.00<br>0.00 | 370.00 | $1,258.00 |
| 11/8/2012 | TIME | Theresa<br>Legal Services | 4.20<br>0.00 | 370.00 | $1,554.00 |

| | User | Units | Rate | Amount |
|---|---|---|---|---|
| Additional work on enforcment of arbitration award, time frame for appeal and rules for enforement and domestication of judgments in foreign courts. | | 0.00 | | |
| TIME | Theresa | 3.80 | 370.00 | $1,406.00 |
| 11/15/2012 | Legal Services | 0.00 | | |
| Draft affidavit of Paul Thaler, Motion for Attorneys' Fees; additional review of rules re same. | | 0.00 | | |
| TIME | Theresa | 2.40 | 370.00 | $888.00 |
| 11/20/2012 | Legal Services | 0.00 | | |
| Editing and revision of draft motion; supervise preparation of exhibits and filing of same. | | 0.00 | | |
| TIME | Paul | 1.00 | 400.00 | $400.00 |
| 11/16/2012 | Legal Services | 0.00 | | |
| Revise and edit affidavit in support of motion for attorney's fees and accompanying exhibits. | | 0.00 | | |
| TIME | Paul | 0.50 | 400.00 | $200.00 |
| 11/19/2012 | Legal Services | 0.00 | | |
| Revise and edit affidavit in support of motion for attorney's fees and accompanying exhibits. | | 0.00 | | |

Grand Total

| | | | |
|---|---|---|---|
| | Billable | 141.29 | $51,199.76 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 141.29 | $51,199.76 |